

**NUMBER 13-12-00650-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**STEVEN BARKER,**                                                                   **Appellant,**

**v.**

**STRAW-K, INC. D/B/A "A-AARLINGTON**
**ABANDONED VEHICLE",**                                                    **Appellee.**

---

**On Appeal from the 153rd District Court**
**of Tarrant County, Texas.**

---

**MEMORANDUM OPINION**

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Steven Barker, perfected an appeal from a judgment rendered against

him in favor of appellee, Straw-K, Inc. d/b/a "A-AArlington Abandoned Vehicle."    On

November 7, 2012, the Clerk of this Court notified appellant that the clerk's record in the

above cause was originally due on November 6, 2012, and that the deputy district clerk,

Sandy Carter, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
13th day of December, 2012.